```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9

10  BRENDA BELDEN,               )   1:05-cv-0421 SMS
                                 )
11             Plaintiff,        )   STIPULATION AND
                                 )   ORDER TO EXTEND
12        v.                     )   TIME
                                 )
13  JO ANNE B. BARNHART,         )
    Commissioner of Social       )
14  Security,                    )
                                 )
15             Defendant.        )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's amended

19  opening brief be extended from December 15, 2005 to January 11,

20  2006.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28                                  1
```

1     This is defendant's first request for an extension of time to file defendant's opposition to plaintiff's amended opening brief.

    Defendant requests the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: December 14, 2005       /s/Laura L. Krank for
                                     Mark V. Kalagian
                                    (As authorized via facsimile)
                                    Attorney for Plaintiff

Dated: December 14, 2005       McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney


**IT IS SO ORDERED:**


Dated: <u>12/15/2005</u>

                                    <u>/s/ Sandra M. Snyder</u>
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge